**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**UNITED STATES OF AMERICA,**
Plaintiff

Case No. 17-20489-15
Hon. Terrence G. Berg

-vs-

**ANDRIA FOSTER,**
Defendant
_____/
Daniel J. Reid, Esq. (P30965)
Attorney for Defendant
550 Horton St.
Detroit, MI 48202
(313) 874-2200

## ORDER REGARDING DEFENDANT'S TRAVEL

Upon Motion of Defendant and the Court being duly advised in the premises:

**IT IS HEREBY ORDERED** that the Defendant, ANDRIA FOSTER, is allowed to travel to Melbourne, Florida from January 21, 2021 until January 24, 2021. Defendant is directed to provide her travel itinerary to her Pretrial Services Officer as soon as practicable before commencing travel.

/s/Terrence    G.    Berg
**HONORABLE TERRENCE G. BERG**

Dated: January 20, 2021