UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,                Cr. No. 17-20489-15

v.                                Hon. Terrence G. Berg

ANDRIA FOSTER,

        Defendant.
_____/

## ORDER GRANTING DEENDANT'S MOTION TO PERMIT TRAVEL

The Court having reviewed the Defendant's unopposed Motion to Permit Travel, and having been advised fully in the premises:

**IT IS HEREBY ORDERED** that Defendant, ANDRIA FOSTER is permitted to travel to the State of Florida beginning on March 17, 2022 and returning to the State of Michigan on March 20, 2022.

**IT IS SO ORDERED.**

                                        /s/Terrence G. Berg_____
                                        HON. TERRENCE G. BERG
                                        UNITED STATES DISTRICT COURT JUDGE

DATED: February 24, 2022